UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN BASHIROVA,<br><br>    Plaintiff,<br><br>    v.<br><br>UR JADDOU, et al.,<br><br>    Defendants. | Case No. 24-cv-06197-JSC<br><br>**ORDER TO SHOW CAUSE** |

This civil action was filed on September 1, 2024. (Dkt. No. 1.) Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Over four months have elapsed since Plaintiff filed her complaint, but according to the docket, she has yet to serve any Defendant as required by the Federal Rules of Civil Procedure 4(m). Accordingly, Plaintiff is ORDERED to SHOW CAUSE as to why this action should not be dismissed for failure to serve. Plaintiff must file her response on or before January 21, 2025. If no response is received, this action may be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(m).

**IT IS SO ORDERED.**

Dated: January 6, 2025

JACQUELINE SCOTT CORLEY
United States District Judge