United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN BASHIROVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UR JADDOU, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-06197-JSC<br><br>**DISMISSAL ORDER** |

On September 1, 2024, Plaintiff filed a complaint against United States Citizenship and Immigration Service and its director, Ur Jaddou. (Dkt. No. 1.) The complaint alleges "more than three years have passed since Petitioner filed her application" but USCIS has still been "unable to assign an adjudication's officer to Petitioner's case." (*Id.* ¶¶ 15, 18.) No summons has been issued in the case.

On January 6, 2025, the Court issued an order to show cause. (Dkt. No. 7.) The Order explained:

> Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Over four months have elapsed since issuance of the summons, but according to the docket, she has yet to serve any Defendant as required by the Federal Rules of Civil Procedure 4(m).

(*Id.*) So, by January 21, 2025, Plaintiff was ordered to show cause as to why the action should not be dismissed for failure to serve. (*Id.*)

Plaintiff did not file a response to the Court's order to show cause within the time period provided. And according to the docket, Plaintiff has yet to serve Defendant. The Rule 4(m)

period for service of process expired in late November 2024. Accordingly, pursuant to Rule 4(m), the Court DISMISSES this civil action without prejudice.

The Clerk is directed to close the action.

**IT IS SO ORDERED.**

Dated: January 24, 2025

JACQUELINE SCOTT CORLEY
United States District Judge